# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| In Re: | Case No. 17-21536 |
| Clifford Gerald Hafer | Chapter 13 |
| Debtor | Judge Tracey N. Wise |

### ORDER SUSTAINING MOTION FOR RELIEF FROM AUTOMATIC STAY OF PROPERTY KNOWN AS 1866 PRINCESS COURT, HEBRON, KY 41048

For good cause shown, U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust's ("Movant") Motion for Relief from Stay is hereby granted.

The Court finds that the Movant filed a motion that requested Relief from Stay as it relates to the real property described as 1866 PRINCESS COURT, HEBRON, KY 41048 (the "Property).

The Court further finds that the Trustee has not filed a written objection to the taking of the proposed action.

The Court further finds that the Debtor has not filed a timely written objection to the taking of the proposed action.

Therefore, pursuant to 11 U.S.C. §362, it is ORDERED that the stay issued in this action be terminated with respect to the Movant, its successors and assigns.

The Movant is hereby permitted to take any and all actions necessary to accelerate the balance due on the obligation, to foreclose its lien interest, to sell the Property in accordance with state law, to apply the net proceeds to this obligation, and to otherwise exercise its contractual and state law rights as to the real Property.

The stay shall remain terminated in the event the Debtor converts to a different chapter of the Bankruptcy Code.

This is a final and appealable order.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

Pursuant to Local Rule 9022-1(c), Attorney for Movant shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(c) and shall file with the court a certificate of service of the order upon such parties within seven (7) days hereof.

**DISTRIBUTION LIST**

Claude J. Victor, Debtor's Counsel
cjvictor@cjvictor.com

Beverly M. Burden, Trustee
Notices@Ch13EDKY.com

Office of the U.S. Trustee
ustpregion08.lx.ecf@usdoj.gov

Clifford Gerald Hafer, Debtor
1866 Princess Court
Hebron, KY 41048

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Tuesday, October 22, 2019**
(tnw)